**Opinion issued March 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00505-CV

———————————

**CHRISTOPHER CREEKS AND DIANNE CREEKS, Appellants**

**V.**

**MARY AND ANTONIO HERNANDEZ, Appellees**

---

**On Appeal from the County Court**
**Grimes County, Texas**
**Trial Court Case No. 4687-C**

---

## MEMORANDUM OPINION

Appellants Christopher Creeks and Dianne Creeks have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). Notice issued

on July 30, 2024, advising appellants that this appeal was subject to dismissal, and requesting appellants' response by August 23, 2024. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.